# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHAEL GAJOS                     §          Case No.: 07-10767
         KATHRYN ROSE GAJOS               §
                                          §
                                          §
                                          §
         Debtor(s)                        §
_____

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 06/15/2007.

2)   This case was confirmed on 07/30/2007.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was completed on 06/09/2010.

6)   Number of months from filing to the last payment:  36

7)   Number of months case was pending:  40

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    43,667.00

10)  Amount of unsecured claims discharged without payment $   46,437.74

11)  All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $   47,953.50 |
| Less amount refunded to debtor | $       193.50 |
| **NET RECEIPTS** | $   47,760.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $    2,971.00 |
| Court Costs | $          .00 |
| Trustee  Expenses and Compensation | $    3,374.47 |
| Other | $          .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    6,345.47 |
| Attorney fees paid and disclosed by debtor | $       529.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIFINANCIAL INC | SECURED | 65,898.00 | 68,703.87 | 21,990.00 | 21,990.00 | .00 |
| CITIFINANCIAL MORTGA | SECURED | NA | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,300.00 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | OTHER | .00 | NA | NA | .00 | .00 |
| HARLEY DAVIDSON CRED | SECURED | 2,149.00 | 1,981.95 | 1,981.95 | 1,981.95 | 219.70 |
| HARLEY DAVIDSON CRED | OTHER | .00 | NA | NA | .00 | .00 |
| HARLEY DAVIDSON CRED | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONWIDE CASSEL | SECURED | 5,469.00 | 4,750.78 | 4,750.78 | 4,750.78 | 534.95 |
| SILVERLEAF RESORTS | SECURED | 1,610.53 | 1,624.46 | .00 | 102.80 | .00 |
| VILLAGE OF SAUK VILL | OTHER | .00 | NA | NA | .00 | .00 |
| AAA INSURANCE | OTHER | .00 | NA | NA | .00 | .00 |
| AFFIRMATIVE INSURANC | UNSECURED | 1,227.00 | NA | NA | .00 | .00 |
| CINGULAR | UNSECURED | 763.00 | NA | NA | .00 | .00 |
| AFNI | OTHER | .00 | NA | NA | .00 | .00 |
| AT & T WIRELESS | OTHER | .00 | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| VILLAGE OF SAUK VILL | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,416.00 | 1,287.89 | 1,287.89 | 390.24 | .00 |
| AT&T | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| AT&T LAW DEPARTMENT | OTHER | .00 | NA | NA | .00 | .00 |
| CALVARY PORTFOLIO SE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDTOWN DENTAL CLINC | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| MIDTOWN DENTAL | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DIRECT TV | UNSECURED | 104.00 | NA | NA | .00 | .00 |
| DIRECTV | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT TV | OTHER | .00 | NA | NA | .00 | .00 |
| CERTEGY PAYMENT RECO | UNSECURED | 285.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK STUDENT LOA | UNSECURED | 8,608.00 | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK STUDENT LOA | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | 16,824.13 | 14,076.46 | 14,076.46 | 4,265.45 | .00 |
| RICHARD A SNOW | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | OTHER | .00 | NA | NA | .00 | .00 |
| AFFIRMATIVE INSURANC | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| AFFIRMATIVE INSURANC | OTHER | .00 | NA | NA | .00 | .00 |
| AFFIRMATIVE INSURANC | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMMERCIAL CHECK CON | UNSECURED | 288.14 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| COMED | OTHER | .00 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 249.90 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL P | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T BROADBAND | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| DAIRYLAND INSURANCE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| HARLEY DAVIDSON CRED | OTHER | .00 | NA | NA | .00 | .00 |
| FMS INC | UNSECURED | 70.16 | NA | NA | .00 | .00 |
| FMS INC | OTHER | NA | NA | NA | .00 | .00 |
| JEWEL FOOD STORES IN | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| JEWEL | OTHER | .00 | NA | NA | .00 | .00 |
| JEWEL | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| JEWEL | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 913.20 | NA | NA | .00 | .00 |
| FIRST FINANCIAL MANA | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF EMP | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPLOYMEN | OTHER | .00 | NA | NA | .00 | .00 |
| PALLOTTO DENTAL CARE | UNSECURED | 57.00 | NA | NA | .00 | .00 |
| PALLOTTO DENTAL CARE | OTHER | .00 | NA | NA | .00 | .00 |
| RICHARD KOMYATTE & A | UNSECURED | 180.00 | 180.00 | 180.00 | 54.45 | .00 |
| PATIENT FIRST EMERGE | OTHER | .00 | NA | NA | .00 | .00 |
| LOWES | UNSECURED | 35.88 | NA | NA | .00 | .00 |
| RICHARD KOMYATTE & A | UNSECURED | 35.00 | 35.00 | 35.00 | 10.61 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SVC | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST JAMES HOSPITAL & | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 827.00 | NA | NA | .00 | .00 |
| NICOR GAS | OTHER | .00 | NA | NA | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | 5,545.00 | 5,592.91 | 5,592.91 | 1,694.71 | .00 |
| CCB CREDIT SERVICES | OTHER | .00 | NA | NA | .00 | .00 |
| CCB CREDIT SERVICE I | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF ORLAND PA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| MCSI/RMI | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF ORLAND PA | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 986.00 | NA | NA | .00 | .00 |
| PROVIDIAN NATIONAL B | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | NA | NA | NA | .00 | .00 |
| MEIJER STORE | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| UNITED COLLECTION BU | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF SAUK VILL | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CB USA | UNSECURED | NA | 85.48 | 85.48 | 25.90 | .00 |
| IL DEPT OF EMPLOYMEN | UNSECURED | NA | 2,556.00 | 2,556.00 | 774.49 | .00 |
| MCSI/RMI | UNSECURED | NA | 525.00 | 525.00 | 159.08 | .00 |
| ISAC | UNSECURED | NA | 14,717.07 | 14,717.07 | 4,459.42 | .00 |
| NICOLE ZYGADLO | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 21,990.00 | 22,092.80 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 6,732.73 | 6,732.73 | 754.65 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 28,722.73 | 28,825.53 | 754.65 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 39,055.81 | 11,834.35 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $    6,345.47 |
| Disbursements to Creditors | $   41,414.53 |
| | |
| **TOTAL DISBURSEMENTS:** | $   47,760.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/29/2010         /s/ Tom  Vaughn
                            Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**